**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

MAY 10 2022

AT_____O'CLOCK
John M. Domurad, Clerk - Syracuse

JAMES P. MHINA PRO SE _____ )
                              Plaintiff(s)     )
                              )
         vs.                  )
CITIZENS BANK, N.A. ET AL     )
BANK OF AMERICA, N.A. ET AL   )
KEYBANK, N.A. ET AL    Defendant(s) )
WOODHAVEN APARTMENTS, N.A. ETAL )

Civil Case No.: 5:22-cv-4
(GLS/M

**CIVIL**
**RIGHTS**
**COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by: ⊗ JURY   ◯ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

DEFENDANTS VIOLATED THEIR FIDUCIARY DUTY
AND CONTRACTS.

**JURISDICTION**

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

**PARTIES**

2. Plaintiff: JAMES P. MHINA, ET AL.

   Address: P.O. BOX 133, SYRACUSE, N.Y. 13201

Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.   Defendant: CITIZENS BANK, N.A.

   Official Position: CORPORATION DOING BANKING

   Address: ATTORNEY: MENTER RUBIN,
   TRIPLE PIECE
   125 E. JEFFERSON STREET
   SYRACUSE, N.Y. 13202

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JAMES P. MHINA *PRO SE* )
Plaintiff(s) )
)
vs. )
CITIZENS BANK, N.A. ETAL )
BANK OF AMERICA, N.A. ETAL )
KEYBANK, N.A. ETAL Defendant(s) )
WOODHAVEN APARTMENTS, N.A. ETAL )

Civil Case No.: 5:22-CV-
(GLS)

**CIVIL**
**RIGHTS**
**COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by ☒ JURY   ◯ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

DEFENDANTS VIOLATED THEIR FIDUCIARY DUTY
AND CONTRACTS.

**JURISDICTION**

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

**PARTIES**

2. Plaintiff: JAMES P. MHINA, ET AL.

   Address: P.O. BOX 133, SYRACUSE, N.Y. 13201

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: JOHN CRUIZE,

   Official Position: V.P. SECURITY KEY BANK, N.A

   Address: ATTORNEYS ANDREW RAPAMOUZIS ESQ
   265 SUNRISE HIGHWAY SUITE 61
   ROCKVILLE CENTER, N.Y. 11570

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JAMES P. MHINA *PRO SE*
                                                    Plaintiff(s)          )
                                                                          )
                        vs.                                               )
CITIZENS BANK, N.A. ETAL                                                  )
BANK OF AMERICA, N.A. ETAL                                                )
KEY BANK, N.A. ETAL    Defendant(s)                                       )
WOODHAVEN APARTMENTS, N.A. ETAL.                                          )

Civil Case No.: 5:22-cv-

CIVIL
RIGHTS
COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

(GLS

Plaintiff(s) demand(s) a trial by: ☒ JURY   ◯ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

DEFENDANTS VIOLATED THEIR FIDUCIARY DUTY
AND CONTRACTS.
                              **JURISDICTION**

1.    This is a civil action seeking relief and/or damages to defend and protect the rights
      guaranteed by the Constitution of the United States. This action is brought pursuant to 42
      U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331,
      1343(3) and (4) and 2201.

                              **PARTIES**

2.    Plaintiff: JAMES P. MHINA, ET AL

      Address: P.O. BOX 133, SYRACUSE, N.Y. 13201

      _____

      _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.    a.    Defendant: ONONDAGA COUNTY

            Official Position: COUNTY                        (OTHER

            Address: 421 MONTGOMERY STR.

            SYRACUSE, N.Y. 13202

            ATTORNEY KAREN A BLESKOSKI OE.

            SYRACUSE, N.Y. 13202

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JAMES P. MHINA PRO SE )
_____ Plaintiff(s) )
)
vs. CITIZENS BANK, N.A. ET.AL )
BANK OF AMERICA, N.A. ET.AL )
KEY BANK, N.A. ET. Defendant(s) )
WOODHAVEN APARTMENTS, N.A. ET.AL.

Civil Case No.: 5:22-cv-
(GLS)

**CIVIL**
**RIGHTS**
**COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by ⊗ JURY ◯ COURT (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

DEFENDANTS VIOLATED THEIR FIDUCIARY DUTY
AND CONTRACTS.   **JURISDICTION**

1.  This is a civil action seeking relief and/or damages to defend and protect the rights
    guaranteed by the Constitution of the United States. This action is brought pursuant to 42
    U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331,
    1343(3) and (4) and 2201.

**PARTIES**

2.  Plaintiff: JAMES P. MHINA, ET. AL.

    Address: P.O. BOX 133, SYRACUSE, N.Y. 13201

    _____

    _____

    Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: BETH VAN DOREN

        Official Position: A.D. ATTORNEY, ONONDAGA COUNTY

        Address: ATTORNEY & KAREN A. BLESKOSKI ESQ.

        421 MONTGOMERY STREET

        SYRACUSE N.Y. 13202

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES P. MHINA PRO SE Plaintiff(s) )
)
)
vs. )
CITIZENS BANK, N.A. ET AL )
BANK OF AMERICA, N.A. ET AL )
KEYBANK, N.A. ET AL Defendant(s) )
WOODHAVEN APARTMENTS, M.A. ET AL )

Civil Case No.: 5:22-cv- (GLS)

CIVIL
RIGHTS
COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ☒ JURY   ◯ COURT   (Select only one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

DEFENDANTS VIOLATED THEIR FIDUCIARY DUTY
AND CONTRACTS.

**JURISDICTION**

1.     This is a civil action seeking relief and/or damages to defend and protect the rights
guaranteed by the Constitution of the United States. This action is brought pursuant to 42
U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331,
1343(3) and (4) and 2201.

**PARTIES**

2.     Plaintiff: JAMES P. MHINA, ET AL.

       Address: P.O. BOX 133, SYRACUSE, N.Y. 13201

Additional Plaintiffs may be added on a separate sheet of paper.

3.     a.     Defendant: KEYBANK N.A. ET AL.

              Official Position: CORPORATION DOING BANKING IN
              NEW YORK STATE

              Address: ATTORNEY: ANDREW KARRMOUZIS ESQ
              265 SUNRISE HIGHWAY SUIT 61
              ROCKVILLE CENTER, N.Y. 11570

b.   Defendant: CITIZENS BANK, NA. ET AL.

Official Position: BANK NA. DOING BANKING BUSINESS IN SYRACUSE NY AND OTHER STATES

Address: ATTORNEYS' MENTER, RUDIN, TRIVELPIECE P.C. 125 E. JEFFERSON STREET SYRACUSE, N.Y. 13202

c.   Defendant: CATHLEEN NASH

Official Position: C.E.O., PRESIDENT OF CITIZENS BANK

Address: 125 E JEFFERSON STREET SYRACUSE, N.Y. 13202

Additional Defendants may be added on a separate sheet of paper.

4.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

ALL THREE BANKS, 1: CITIZENS BANK, NA, ET AL, 2: BANK OF AMERICA, NA, ET AL, AND KEY BANK, NA, ET AL, BREACHED FIDUCIARY DUTY, AND BREACHED LEGAL CONTRACTS TO COLLECT PLAINTIFFS 705 LETTERS OF CREDIT VERY VALUABLE, 20 YEARS GUARANTEE AND $300 BILLIONS CASH THAT PLAINTIFFS BUSINESS ASSOCIATE HAD SENT AS DOWN PAYMENT FOR THE 20 YEARS GUARANTEE.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JAMES P. MHINA ~~PRO SE~~ )
_____Plaintiff(s)    )
                                 )          Civil Case No.: 5:22-cv-
               vs.               )
CITIZENS BANK, N.A. ET AL        )          CIVIL
BANK OF AMERICA, N.A. ET AL      )          RIGHTS    (GLS
KEYBANK, N.A. ET AL Defendant(s) )          COMPLAINT
WOODHAVEN APARTMENTS, N.A. ET AL.)          PURSUANT TO
                                            42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ☒ JURY   ◯ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

DEFENDANTS VIOLATED THEIR FIDUCIARY DUTY
AND CONTRACTS.
                        **JURISDICTION** ·

1.   This is a civil action seeking relief and/or damages to defend and protect the rights
     guaranteed by the Constitution of the United States.  This action is brought pursuant to 42
     U.S.C. § 1983.  The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331,
     1343(3) and (4) and 2201.

                        **PARTIES**

2.   Plaintiff: JAMES P. MHINA, ET AL.

     Address: P.O. BOX 133, SYRACUSE, N.Y. 13201

     _____

     _____

     Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.   Defendant: AMY BIDWELL  (BANK OF AMERI

          Official Position: BANK BRANCH MANAGER, SYR.

          Address: ATTORNEY'S WILSON, ELSE, MOSKOWITZIS
          ELDEMAN DICKER L.L.P
          ATTORNEYS AT LAW
          ALBANY, N.Y. 12202

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JAMES P. MHINA PRO SE )
_____Plaintiff(s) )                    Civil Case No.: 5:22-cv-
vs.                                          )
CITIZENS BANK, N.A. ET AL )                  **CIVIL**
BANK OF AMERICA, N.A. ET AL )                **RIGHTS** (GLS)
KEYBANK, N.A. ET___Defendant(s) )            **COMPLAINT**
WOODHAVEN APARTMENTS, N.A. ET AL.            **PURSUANT TO**
                                             **42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by  ⊗ JURY   ◯ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

DEFENDANTS VIOLATED THEIR FIDUCIARY DUTY
AND CONTRACTS.    **JURISDICTION**

1.   This is a civil action seeking relief and/or damages to defend and protect the rights
     guaranteed by the Constitution of the United States. This action is brought pursuant to 42
     U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331,
     1343(3) and (4) and 2201.

                              **PARTIES**

2.   Plaintiff: JAMES P. MHINA, ET AL.

     Address: P.O. BOX 133, SYRACUSE, N.Y. 13201

     _____

     _____

     Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.   Defendant: BANK OF AMERICA, N.A.

          Official Position: CORPORATION DOING BANKING BUS
          ATTORNEYS: WILSON, ELSE, MOSKOWITZ
          Address: ELDERMAN, DICKER LLP.
          ATTORNEYS AT LAW
          ALBANY, N.Y. 12202

# LIST OF PARTIES

## ~~CITY OF SYRACUSE~~

## ~~DEFENDANTS~~

ANTHONY COLLAVITA; SYRACUSE CITY
POLICE DETECTIVE.

DAVID BURSKE, SYRACUSE CITY POLICE
DETECTIVE.

ATTORNEYS: DANIELLE R. SMITH
SARAH KNICKERBOCKER
OFFICE OF THE CORPORATION COUNSEL
CITY OF SYRACUSE
233 E. WASHINGTON STREET
300 CITY HALL
SYRACUSE, N.Y. 13202
315-448-8400

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES P. MHINA PROSE
_____ Plaintiff(s) )

vs.

CITIZENS BANK N.A. ET AL
BANK OF AMERICA, N.A. ET AL
KEYBANK, N.A. ET AL Defendant(s)
WOODHAVEN APARTMENTS, M.A ET AL.

Civil Case No.: 5:22-CV-42

(GLS/ML

CIVIL
RIGHTS
COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ☒ JURY   ◯ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

DEFENDANTS VIOLATED THEIR FIDUCIARY DUTY
AND CONTRACTS.

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: JAMES P. MHINA, ET AL.

   Address: P.O. BOX 133, SYRACUSE, N.Y. 13201

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: 1. ANTHONY COLLAVITA, 2. DAVID BUSKE

   Official Position: SYRACUSE POLICE DETECTIVE

   ATTORNEYS:
   Address: DANIELE SMITH      ESQ.
   SARAH KNICKERBOCKER ESQ.
   233 E. WASHINGTON STREET
   300 CITY HALL
   SYRACUSE, N.Y. 13202

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JAMES P. MHINA PROSE     )
          Plaintiff(s)     )
       vs.     )
CITIZENS BANK, N.A. ETAL )
BANK OF AMERICA, N.A. ETAL )
KEYBANK, N.A. ETAL Defendant(s) )
WOODHAVEN APARTMENTS, N.A. ETAL )

Civil Case No.: 5:22-cv-427 (GLS/ML)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by: ☒ JURY   ◯ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

DEFENDANTS VIOLATED THEIR FIDUCIARY DUTY AND CONTRACTS.

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: JAMES P. MHINA, ET AL.

   Address: P.O. BOX 133, SYRACUSE, N.Y. 13201

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: KEYBANK, N.A. LINDA MOSSULU, V.P.

   Official Position: AN ENTITY DOING BUSINESS IN BANKING

   Address: ATTORNEYS: 265 SUNRISE HIGHWAY SUITE 61 ROCKVILLE CENTER, N.Y. 11570

   ATTORNEY: ANDREW KARATZOUZIS ESQ.

## LIST OF PARTIES

## ONONDAGA COUNTY
## DEFENDANTS:

1  BETH VAN DOREN, FORMER ASSISTANT PROSECUTOR, OF ONONDAGA COUNTY.

2. ONONDAGA COUNTY

ATTORNEY: KAREN BLESKOSKI ESQ.
421 MONTGOMERY STR.
SYRACUSE, N.Y. 13202

VINOB LUTHRA, PRESIDENT, C.E.O.
WOODHAUGN APARTMENT,
CITY OF SYRACUSE

5.                              **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

DEFENDANTS; BREACHED FIDUCIARY DUTY,

UNJUST ENRICHMENT, BREACH OF CONTRACT.

PLAINTIFF SEEK MONETARY DAMAGES:- U.S. $ 300 BILLIONS + U.S. $

500 BILLIONS  IN VIOLATION OF 42 USCA 1983 CIVIL AND

CONSTITUTIONAL RIGHTS GUARANTEED BY 14TH AMENDMENT DUE PRO

TOTAL U.S. $ 800 BILLIONS FOR NOT COLLECTING 705 VERY EX

LETTERS OF CREDIT.         **SECOND CAUSE OF ACTION**

DEFENDANTS; CONSPIRED WITH DISTRICT ATTORNEY OF ONONDAGA Coun

WITH BANK OF AMERICA, N.A.; KEY BANK, N.A; SYRACUSE POLICE DETE

TO BRING UNFOUNDED CRIMINAL CHARGES BY USING WRONG LAW AN

IRRELEVANT EVIDENCE. IN VIOLATION OF TITLE 42 U.S. SECT. 1985. (

GUARANTEED BY 14TH AMENDMENT DUE PROCESS GUARANTEE.

IN VIOLATION OF ONES RIGHT TO A FAIR GRAND JURY.

### THIRD CAUSE OF ACTION

DEFENDANTS FALSELY AND FRAUDULENTLY LIED BEFORE

ONONDAGA COUNTY GRAND JURY IN VIOLATION OF 5TH AMENDMENT'S

AND LIED AT CRIMINAL TRIAL IN VIOLATION OF 6TH AMENDMENT

TO THE U.S. CONSTITUTION TO A FAIR TRIAL; GUARANTEED BY

14TH AMENDMENT DUE PROCESS.

INDICTMENT WAS DISMISSED ON APRIL 9, 2014

AFTER SPENDING 10 YEARS IN MAXIMUM SECURITY

PRISONS. OF STATE OF NEW YORK.

5.                    **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

DEFENDANTS; BREACHED FINUCIARY DUTY,

UNJUST ENRICHMENT, BREACH OF CONTRACT.

PLAINTIFF SEEK MONETARY DAMAGES:- U.S.$ 300 BILLIONS + U.S.$

300 BILLIONS IN VIOLATION OF 42 USCA 1983 CIVIL AND

CONSTITUTIONAL RIGHTS GUARANTEED BY 14TH AMENDMENT DUE PRO

TOTAL U.S.$ 800 BILLIONS FOR NOT COLLECTING 705 VERY EX

LETTERS OF CREDIT.   **SECOND CAUSE OF ACTION**

DEFENDANTS; CONSPIRED WITH DISTRICT ATTORNEY OF ONONDAGA Coun

WITH: BANK OF AMERICA, N.A., KEY BANK, N.A, SYRACUSE POLICE DEPA

TO BRING UNFOUNDED CRIMINAL CHARGES BY USING WRONG LAW AN

IRRELEVANT EVIDENCE. IN VIOLATION OF TITLE 42 U.S. SECT. 1985. (

GUARANTEES BY 14TH AMENDMENT DUE PROCESS GUARANTEE;

IN VIOLATION OF ONES RIGHT TO A FAIR GRAND JURY.

**THIRD CAUSE OF ACTION**

DEFENDANTS FALSELY AND FRAUDULENTLY LIED BEFORE

ONONDAGA COUNTY GRAND JURY IN VIOLATION OF 5TH AMENDMENT'S

AND LIED AT CRIMINAL TRIAL IN VIOLATION OF 6TH AMENDMENT

TO THE U.S. CONSTITUTION TO A FAIR TRIAL; GUARANTEED BY

14TH AMENDMENT DUE PROCESS.

INDICTMENT WAS DISMISSED ON APRIL 9 2014

AFTER SPENDING 10 YEARS IN MAXIMUM SECURITY

PRISONS OF STATE OF NEW YORK.

6.   **PRAYER FOR RELIEF**

    **WHEREFORE**, plaintiff(s) request(s) that this Court grant the following relief:

*OF MONEYTORY DAMAGES OF TOTAL US. $800.00 BILLION DOLLARS, FOR THE TOTAL OF '70S LETTER OF CREDIT, PLUS $300 BILLIONS CASH DOWN PAYMENT FOR 20 YEARS GUARANTEE ON '70S LETTERS OF CREDIT.*

    I declare under penalty of perjury that the foregoing is true and correct.

DATED:   *MAY 3RD 2022*

                                  *JAMES P. MCHINIA*

                                  Signature of Plaintiff(s)
                                  (all Plaintiffs must sign)

02/2010