UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES P. MHINA, C.E.O., JOAN TRADING
AND LEASING INC, PRO SE, ET AL-
PLAINTIFF
DOCKET NO: 5:22-CV-00427

-AGAINST-

CITIZENS BANK, N.A. ET.AL.

RESPONDENTS/DEFENDANTS.

RE: DECISION AND ORDER OF
SENIOR JUDGE GARY L. SHARPE
DATED 5-11-2022.

THE ISSUE BEING PRESENTED
BEFORE JUDGE GARY L. SHARPE
WAS DISMISSED BEFORE THIS COURT
BECAUSE OF THE FOLLOWING
REASONS THAT WERE COMPLETELY
IRRELEVANT TO THIS CIVIL CASE.

1

# TABLE OF CONTENTS.

| | |
|---|---|
| CAPTION | PG. 1 |
| TABLE OF CONTENTS | PG. 2 |
| CORPORATIONS CAN BE SUE | PG. 3 |
| JUDGE PARKER SKIPPED THE FIDUCIARY ISSUE | PG. 6 |
| CONSPIRACY TO VIOLATE PLAINTIFFS CIVIL AND CONSTITUTIONAL RIGHTS | PG. 5 |
| NOT A MOOT CASE SINCE JUDGE DID NOT HAVE A DECISION | P. 6 |
| UNLAWFUL DIVERSION OF FUNDS/PROPERTY | P. 7 |
| PARTICIPATED WITH FIDUCIARY | P. 8 |
| DAMAGES | PG. 9 |
| PRAYER FOR RELIEF | PG. 10 |

1. IT IS A FACT THAT CORPORATIONS CAN BE SUED PURSUANT TO CIVIL RIGHTS AND CONSTITUTIONAL RIGHTS VIOLATION OF PLAINTIFFS.

2. IT IS A FACT THAT; PLAINTIFFS' CIVIL CASE IS NOT MOOT AS SENIOR JUDGE INDICATED IN HIS DECISION OF MAY 11, 2022 BECAUSE OF THE FOLLOWING REASONS:-

3. IT IS A FACT THAT; PLAINTIFF CAN SUE DEFENDANTS CORPORATIONS JUST AS BOYKIN SUED KEY CORP. AND ITS SUBSIDIARY KEY BANK, N.A.

4. IT IS A FACT THAT, THE WESTERN DISTRICT COURT OF NEW YORK MADE A RULING TO DISMISS BOYKIN CASE, WAS IN ERROR BECAUSE BOYKIN TOOK AN APPEAL TO THE SECOND CIRCUIT. CIVIL CASE CITE BOYKIN V. KEY CORP. 521 F.3d 202 (2008 COURT OF APPEALS SECOND CIRCUIT

3

5. IT IS A FACT THAT, THE BOYKIN CASE AGAINST KEY CORP AND KEY BANK, N.A. SUPRA, WAS THOROUGHLY REVIEWED BY COURT OF APPEALS JUDGES AND ONE OF THEM IS JUDGE SOTOMAYOR WHO IS NOW U.S. SUPREME COURT JUSTICE AND THE SECOND CIRCUIT JUDGES REVERSED THE DISTRICT COURT DECISION AND BOYKIN DID WIN HER CIVIL CASE AGAINST CORPORATIONS THAT VIOLATED HER CIVIL RIGHTS, AND CONSTITUTIONAL RIGHTS.

6. IT IS A FACT THAT, BOYKIN CASE WHEN IT WAS DISMISSED BY THE DISTRICT COURT, IT BECAME MOOT. HOWEVER, BOYKIN APPEALED HER CASE TO THE SECOND CIRCUIT THAT REVIEWED THE WHOLE CASE AND FOUND THAT THE DISTRICT COURT JUDGE MADE ERRORS TO DISMISS, AND HER ISSUES ARE NOT MOOT AS THIS COURT MAKE IT TO BE. SHE PREVAILED IN HER CASE AND CORPORATIONS LOST.

4

7. CONSPIRACY TO VIOLATE PLAINTIFFS CIVIL AND CONSTITUTIONAL RIGHTS.

8. IT IS A FACT THAT, THE DEFENDANTS BROUGHT UNFOUNDED CRIMINAL BOGUS CHARGES AGAINST PLAINTIFF FOR THE SOLE PURPOSE OF HIDING THE BREACH OF FIDUCIARY DUTY, BREACH OF CONTRACT, UNJUST ENRICHMENT, BY TRANSFERRING PLAINTIFFS PROPERTY TO SOME ONE ELSE WITHOUT PLAINTIFFS SAY SO, BECAUSE HE WAS INCARCERATED BEHIND THE CONSPIRACY.

JUDGE GARY SHARPE DID NOT MAKE A RULING ON BREACH OF FIDUCIARY DUTY BECAUSE HE REFERED THIS ISSUE AS A STATE COURTS ISSUE. AND YET, THE DIVERSITY OF DEFENDANTS MAKE IT IMPOSSIBLE FOR THE STATE COURTS TO PROSECUTE THIS CIVIL CASE. THEY HAD NO JURISDICTION ON THIS CASE. SEE MALMSTEEN V. BERDON LLP, 369. F.E.D. APPX 248 (C.A. 2d CIRCUIT, N.Y. 2010).

5

~~JUDGE SHARPE SKIPPED FROM MAKING A DECISION & REVIEW.~~

9. IT IS A FACT THAT; JUDGE GARY SHARPE CANNOT DECLARE THIS CASE AS BEING MOOT, MEANWHILE HE SKIPPED MAKING A DECISION AND RULING ON THIS ISSUE THAT HE THOUGHT OR BELIEVED IT WAS A STATE COURT CASE. THAT WAS ERROR THEN, HE CANNOT MAKE THIS ERROR AGAIN. THIS FIDUCIARY ISSUE, WAS NOT PROSECUTED IN THIS COURT. JUDGE SHARPE SKIPPED THIS ISSUE. IT IS A FACT THAT; BY REMOVING PLAINTIFF FROM FREE WORLD AND IMPRISONING HIM FOR MORE THAN 10 YEARS, MADE IT EASIER FOR DEFENDANTS BANKS TO CONTROL PLAINTIFFS' COMMODITY TRADING BUSINESS, PROPERTY.

10. IT IS A FACT THAT; DEFENDANTS COMMITTED UNJUST ENRICHMENT WITHOUT PLAINTIFFS' SUPERVISION. AS IN THE CASE OF MALMSTEEN Vs. BERDON, LLP, 364 F.E.D. APPX 2148 (C.A. 2d CIRCUIT NEW YORK 2010).

6.

~~UNLAWFUL DIVERSION OF PLAINTIFFS PROPERTY. WHILE IN PRISON DOING TIME WITHOUT HIS PERMISSION.~~

11. IT IS A FACT THAT, DEFENDANTS COMMITTED FRAUD AND CONSPIRACY AGAINST PLAINTIFFS IN ORDER TO COMMIT DIVERSION ON PLAINTIFFS PROPERTY, WITHOUT HIS PERMISSION.

12. IT IS A FACT THAT, THREE BANKS EACH WITH 235, VERY EXPENSIVE IRREVOCABLE LETTERS OF CREDIT, FOR THE TOTAL OF 705 LETTERS OF CREDIT.

13. IT IS A FACT THAT, EACH DEFENDANT BANKS RECEIVED U.S.$100.00 BILLIONS CASH AS DOWN PAYMENT FOR 235 FOR EACH DEFENDANT BANK FOR A TOTAL OF US $300.00 BILLIONS. AND TOTAL WORTH U.S.$800.00 BILLIONS. INCLUDING U.S.$500.00 BILLIONS FROM THE SALE OF IRREVOCABLE 20 YEARS GUARANTEED LETTERS OF CREDIT.

7

~~THEY PARTICIPATED WITH FIDUCIARY IN BREACHING FIDUCIARY TRUST~~

14. IT IS A FACT THAT, THE NON BANKING ~~AMENDED PARTIES OF DEFENDANTS, PARTICIPATED WITH FIDUCIARY IN BREACHING FIDUCIARY LEGAL TRUST, LEGAL DUTY OWED PLAINTIFFS.~~

15. IT IS A FACT THAT, THE LAW ON BREACH OF FIDUCIARY DUTY/TRUST SPECIFICALLY SAYS THAT, ONE WHO KNOWINGLY PARTICIPATES WITH FIDUCIARY IN BREACHING OF FIDUCIARY DUTY/TRUST, IS ACCOUNTABLE AND LIABLE FOR ALL THE DAMAGES DONE UPON PLAINTIFFS. SEE: WHITNEY V. CITIBANK 782 F.2d 1106 (C.A. 2d, N.Y. 1986), ~~ADVANCE MARINE TECHNOLOGIES INC. V. BURNHAM SECURITIES INC. 16 F. Supp. 2d 375 (S.D.N.Y. 1998)~~, WHITNEY V. CITIBANK, 782 F.2d 1106 (C.A. 2, N.Y. 1986).

8

16. IT IS A FACT THAT, UNDER NEW YORK LAWS, IN APPROPRIATE CASES OF BREACH OF FIDUCIARY DUTY OR BREACH OF CONTRACTS, NEW YORK LAW GRANTS LOST PROFITS AS AN ELEMENT OF DAMAGES AS IN <u>JOINER FIFTH AVENUE V. EREUING & REUS CO.</u> 408 F. SUPP. 1197.

## DAMAGES.

17. IT IS A FACT THAT, UNDER NEW YORK LAW, PROPER MEASURE OF DAMAGES IS AMOUNT NECESSARY TO PUT PLAINTIFFS IN GOOD A POSITION AS HE WOULD HAVE BEEN IF DEFENDANTS HAD ABIDED BY THE FIDUCIARY DUTY OR CONTRACT. AWARD CAN INCLUDE LOST PROFITS EVEN IF BREACH OCCURRED BEFORE PROFITS WERE REALIZED. SEE: <u>CONTEMPORARY MISSION INC. V. BONDED MAILINGS INC.</u> →→→

9

17  671 F.2d 81, ALSO MERLITE V. VALASSIS, 12 F.3d 373.

PRAYER FOR RELIEF:

WHEREFORE PLAINTIFFS SEEK AND REQUEST THIS COURT GRANT THE FOLLOWING RELIEF:

IT IS A FACT THAT PLAINTIFFS SEEK MONETARY DAMAGES FOR THE 235 VERY VALUABLE EXPENSIVE 20 YEARS GUARANTEED AND U.S. $100.00 BILLIONS AS A DOWN PAYMENT FOR THE 235 EXPENSIVE 20 YEARS GUARANTEED, FOR EACH BANK, FOR THE TOTAL OF U.S. $300.00 AS DOWN PAYMENT. PLUS, THE WORTH OF 705 GUARANTEED FOR 20 YEARS LETTERS OF CREDIT. U.S. $500.00 BILLIONS. FOR A TOTAL OF U.S. $800.00 BILLIONS. + OTHER DAMAGES.

PREPARED AND PRESENTED BY:

*[signature]*

18. JAMES P. TITHINA, PRO SE
540 SEYMOUR STREET #3
SYRACUSE, N.Y. 13204