**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**JAMES P. MHINA,**

                **Plaintiff,**                5:22-cv-427
                                                         (GLS/ML)

                **v.**

**CITIZENS BANK, N.A. et al.,**

                **Defendants.**
_____

## ORDER

    Judicial disqualification is governed by 28 U.S.C. § 455. Disqualification is required when, among other things, a judge "knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding." *Id.* § 455(b)(4). Upon review of the papers, disqualification is required in this case.

    Accordingly, it is hereby

    **ORDERED** that, pursuant to 28 U.S.C. § 455, the undersigned disqualifies himself from presiding over this matter; and it is further

    **ORDERED** that the Clerk shall reassign this matter to another District

Judge; and it is further

**ORDERED** that the case has been randomly reassigned to District Judge Brenda K. Sannes; and it is further

**ORDERED** that the case remains assigned to the Honorable Miroslav Lovric, U.S. Magistrate Judge; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

June 22, 2022
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge