UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

JAMES P. MHINA C.E.O. OF J&W
TRADING AND LEASING INC. ET. AL. PRO SE
PLAINTIFFS.

CIVIL ACTION NO: 5:22-CV--00427 (BKS/ML.)

AGAINST

KEY BANK, N.A. ET AL

A MOTION LETTER ADDRESSED TO
HON. JUDGE BRENDAL. SANNES.

DEAR HON. JUDGE HANNES:

Re: DEFENDANTS
CITY OF SYRACUSE AND ITS 2 POLICE
DETECTIVES. ANTHONY COLAVITA AND
DETECTIVE DAVID BUSKE

AND ALL OTHER 8 DEFENDANTS.

1

IT IS A FACT THAT, IT IS INCUMBENT UPON THE DEFENDANTS WHO CLAIM THAT, THE ISSUE OF BREACH OF FIDUCIARY DUTY AND BREACH OF LEGAL CONTRACTS HAVE BEEN LITIGATED. (WHEN, WHAT DATE, WHERE IS THE RECORD).

IT IS A FACT THAT IT IS A MUST FOR THESE DEFENDANTS TO SHOW THIS HONORABLE COURT AND PLAINTIFFS THE DATE WHEN THIS LITIGATION WAS DONE, WHERE IS THE COURT RECORD? DATE?

IT IS A FACT THAT THERE IS NO COURT ORDER TO SHOW THIS COURT THAT PLAINTIFF DID GET HIS DAY IN COURT ON SUCH AND SUCH COURT DATE AND THE NAME OF THE JUDGE WHO LITIGATED THE BREACH OF FIDUCIARY DUTY AND BREACH OF LEGAL CONTRACTS IS JUDGE _____ NAME OF THE JUDGE. AND THE DECISION; DATE.

IT IS A FACT THAT, WHAT WE SEE ARE LIES AND BOGUS FALSE LANGUAGE FROM DEFENDANTS.

IT IS A FACT THAT THERE IS NO COURT RECORD TO BACK THEIR FALSE/FRAUD MKUEMBO/DISPARAGING ILLEGAL STATEMENTS

2.

THAT ARE COMPLETELY NONSENSE.

IT IS A FACT THAT ALL THE DEFENDANTS MUST SHOW THIS COURT THAT ON SUCH DATE BREACH OF FIDUCIARY DUTY AND BREACH OF LEGAL CONTRACTS WERE DECIDED BY SUCH AND SUCH COURT, BY SUCH JUDGE ON THIS COURT DATE.
IT IS A FACT THAT THIS HAS NEVER BEEN DONE BY ALL THE DEFENDANTS. PLAINTIFF IS NOT A STUPID PERSON TO SEE THIS ELEMENT OF COERCION.

IT IS A FACT THAT, THIS ISSUE OF BREACH OF FIDUCIARY DUTY AND BREACH OF LEGAL CONTRACTS HAS NEVER BEEN LITIGATED.
YOUR HONOR, THESE DEFENDANTS ARE DOING THE SAME THING THEY DID IN THE CRIMINAL CASE THAT IS NOW DISMISSED. BUT THIS IS THE SAME WAY. THEY TOGETHER AIDED AND ABBATTED IN A FRAUDULENT CRIMINAL CHARGES THAT NEVER EXISTED.

3.

IT IS A FACT YOUR HONOR, THEY ARE COMPLETELY LYING TO YOU, AND I KNOW YOU KNOW IT ALSO. THESE ARE COURT OFFICERS.

IT IS A FACT THAT, JUDGE GARY SHARP RECUSED HIMSELF FROM MAKING THIS FORSAKEN DECISION.

IT IS A FACT THAT, THEY ARE THE WRONDOERS ONE WAY OR ANOTHER IT WILL COME OUT.

IT IS A FACT THAT YOU FOLLOW THE LAW OR ANOTHER COURTS' JUDGE WILL DO THE RIGHT THING.
DO IT. YOURSELF.

THANK YOU YOUR HONOR FOR YOUR JUDICIOUS TIME THAT IS DEFINITELY NEEDED HERE.

    PREPARED AND PRESENTED BY

    JAMES P. MZINA
    540 SEYMOUR STREET #3
    SYRACUSE N.Y. 13204
    315-883-7828

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

JAMES P. MAHINA, PRO SE, C.E.O. OF J&W
TRADING AND LEASING INC., ET. AL.
PLAINTIFF,

CIVIL ACTION NO: 5:22-CV-00427
(BKS/ML)

-AGAINST-

KEY BANK, N.A. ET AL
DEFENDANTS/RESPONDENTS

AFFIDAVIT OF SERVICE:

THAT I JAMES P. MAHINA, SOLEMNLY SWEAR THAT; ON 12/12/2022, I PLACED IN THE MAIL BOX AT THE U.S. POST OFFICE ON 444 SOUTH SALINA STREET ONONDAGA COUNTY, NEW YORK 13201, TRUE AND ACCURATE COPIES OF JERRY THE MOTION TO ALL NAMED DEFENDANTS HEREIN IN A POST PAID WRAPPER, TO BE FORWARDED TO THE DEFENDANTS.

1

## AFFIDAVIT OF SERVICE

JAMES P. MHINA, PROSE PLAINTIFF.

CIVIL ACTION NO: 5:22-CV-00427 (BKS/ML.

AGAINST

CITIZENS BANK, N.A ET AL.

DEFENDANTS/RESPONDENTS.

## AFFIDAVIT OF SERVICE

THAT I PUT ALL THE PREPAID ENVELOPES IN THE U.S. MAILBOX TO BE MAILED TO THE DEFENDANTS.

PREPARED BY:
JPM

JAMES P. MHINA.
540 SEYMOUR STR #
SYRACUSE, N.Y. 13204

PHONE: 315-883-7623

2.