# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**James P. Mhina**
    Plaintiff(s)
  vs.     **CASE NUMBER: 5:22-cv-427 (BKS/ML)**

**Bank of america, N.A., Key Bank, N.A., John Cruize, Onondaga County, Beth VanDoren, Cathleen Nash, Amy Bidwell, Linda Mossulu**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   ORDERED that Plaintiffs claims against Defendants Bank of America, N.A., Key Bank, N.A., John Cruize, Onondaga County, Beth VanDoren, Cathleen Nash, Amy Bidwell, and Linda Mossulu are DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

All of the above pursuant to the order of the Honorable Brenda K. Sannes, dated the 9th day of January, 2023.

DATED: January 10, 2023

Clerk of Court

    s/Kathy Rogers
    Deputy Clerk